# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIE RUTH THOMAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. 1:17-cv-298-BAM<br><br>ORDER SETTING HEARING ON MOTION TO WITHDRAW AS COUNSEL OF RECORD AND SETTING BRIEFING SCHEDULE<br><br>Hearing Date: September 22, 2017<br>Time:　　　　9:00 a.m.<br>Courtroom:　　8 (BAM)<br><br>ORDER DIRECTING CLERK OF THE COURT TO SERVE A COPY OF THE ORDER ON PLAINTIFF<br><br>(Doc. 7) |

　　　On June 15, 2017, attorney James Yoro filed a motion to withdraw as attorney of record for Plaintiff Lillie Ruth Thomas ("Plaintiff"). (Doc. 7). The motion was served on Plaintiff but did not set a date for the motion to be heard. Local Rule 230(b). Pursuant to Local Rule 230, the Court shall set briefing deadlines regarding the motion.

　　　Accordingly, IT IS HEREBY ORDERED:

　　　1.　　Plaintiff and Defendant SHALL respond to the motion no later than **September 8, 2017**, either by filing an opposition or a notice of non-opposition;

　　　2.　　Counsel's motion to withdraw SHALL be set for a hearing on **September 22,**

1

**2017**, at 9:00 a.m., in Courtroom 8.  The parties may appear telephonically at the hearing by **dialing 1-877-411-9748 (access code 3190866)**; and

3. The Clerk of Court is DIRECTED to serve a copy of this Order on Plaintiff at the following address:

Lillie Ruth Thomas
8204 Fillmore Ave.
Bakersfield, CA 93306

IT IS SO ORDERED.

Dated: **August 21, 2017**       /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE